```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                        DIVISION OF ST. CROIX


ALFREDO SEMPER                    :     CIVIL ACTION
                                  :
     v.                           :
                                  :
CHIEF JUDGE CURTIS V. GÓMEZ,      :
et al.                            :     NO. 12-79
```

ORDER

AND NOW, this 4th day of June, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to dismiss plaintiff's first amended complaint is GRANTED.

```
                                BY THE COURT:


                                /s/ Harvey Bartle III
                                HARVEY BARTLE III          J.
                                SITTING BY DESIGNATION
```